**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **J-Horn Electric, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-4404819** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6305 North Kramm Road**<br>**Brimfield, IL 61517**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Peoria**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)   **http://www.jhornelectric.com/**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **J-Horn Electric, LLC**                                                    Case number (*if known*) _____
      Name

---

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__8210__

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

---

Debtor    **J-Horn Electric, LLC**                                    Case number (*if known*) _____
          Name

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

**11.  Why is the case filed in *this district*?**     *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency  _____
          Contact name    _____
          Phone           _____

---

**▰  Statistical and administrative information**

---

**13.  Debtor's estimation of available funds**     *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **J-Horn Electric, LLC**                                    Case number (*if known*) _____
_____
Name

    ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
    ☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor     **J-Horn Electric, LLC**                                    Case number (*if known*) _____
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April 22, 2024**
                MM / DD / YYYY

**X** /s/ Spencer A. Curtale                         **Spencer A. Curtale**
_____              _____
Signature of authorized representative of debtor     Printed name

Title     **Owner**
_____

**18. Signature of attorney**

**X** /s/ John F. Hiltz                              Date     **April 22, 2024**
_____                       _____
Signature of attorney for debtor                            MM / DD / YYYY

**John F. Hiltz**
_____
Printed name

**Hiltz Zanzig & Heiligman LLC**
_____
Firm name

**53 West Jackson**
**Suite 1301**
**Chicago, IL 60604**
_____
Number, Street, City, State & ZIP Code

Contact phone _____     Email address     **jhiltz@hzhlaw.com**

**6289744 IL**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name        **J-Horn Electric, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■    *Schedule H: Codebtors* (Official Form 206H)
- ■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐    Amended *Schedule* _____
- ☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 22, 2024**          X **/s/ Spencer A. Curtale**
                                        Signature of individual signing on behalf of debtor

                                        **Spencer A. Curtale**
                                        Printed name

                                        **Owner**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **J-Horn Electric, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

Part 1:    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..........................................................    $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................    $ _____ 47,632.57

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................    $ _____ 47,632.57

Part 2:    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____ 763,652.26

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $ _____ 20,037.30

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... +$ _____ 250,796.99

4.    **Total liabilities** .....................................................................................
    Lines 2 + 3a + 3b    $    1,034,486.55

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **J-Horn Electric, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Morton Community Bank** | **Checking** | **1673** | $469.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | $469.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

| | | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|---|
| | 11b. Over 90 days old: | **6,250.00** | - | **0.00** | =.... | $6,250.00 |

Debtor    **J-Horn Electric, LLC**                                    Case number *(If known)* _____
_____
Name

| 12. | **Total of Part 3.** | | $6,250.00 |
|-----|----------------------|---|----------|

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** **Fixtures, wires, fittings** | | $0.00 | | $1,000.00 |
| 22.  **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | | $1,000.00 |
|-----|----------------------|---|-----------|

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

| Debtor | **J-Horn Electric, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **2018 Ford F250 crew cab 8ft bed. 4x4 with a utility bed. 140,000 miles; Unsafe to operate** | $0.00 | | $27,000.00 |
| 47.2. **2000 Ford F350 Super Duty Regular CabLong Bed 300,000 miles; Inoperable** | $0.00 | KBB | $2,475.00 |
| 47.3. **2002 Ford F350 Super Duty Regular CabLong Bed 215,000 miles** | $0.00 | KBB | $4,475.00 |
| 47.4. **1976 GMC c6000; Inoperable** | $0.00 | | $300.00 |
| 47.5. **2010 Ford Expedition Limited Sport Utility 4D 234,000 miles; Primarily driven by wife of Debtor's principal.** | $0.00 | KBB | $2,700.00 |
| 47.6. **1999 Ford F250 Regular CabLong Bed 150,000 miles; Inoperable.** | $0.00 | KBB | $1,900.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Miscellaneous tools, including drills.**   $0.00   $500.00

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| | $39,350.00 |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

| Debtor | **J-Horn Electric, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

<hr>

**Part 10:**     **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** Website | **$0.00** | | **$0.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Customer list, including names and addresses. | **$0.00** | | **$0.00** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

| 66. | **Total of Part 10.** | **$0.00** |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
☑ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

<hr>

**Part 11:**     **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |

Debtor   **J-Horn Electric, LLC**                                   Case number *(If known)* _____
    Name

| | | |
|---|---|---|
| 73. | **Interests in insurance policies or annuities** **Liability Insurance Envision Insurance; Term Life Insurance w/ Pekin Insurance** | **$0.00** |

| | | |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership **National Electrical Benefit Fund ($506.87); Technicraft ($56.70)** | **$563.57** |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | **$563.57** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor    **J-Horn Electric, LLC**                                    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $469.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $6,250.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $39,350.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $563.57 | |
| 91. **Total.** Add lines 80 through 90 for each column | $47,632.57 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $47,632.57 |

**Fill in this information to identify the case:**

Debtor name    **J-Horn Electric, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Ally Financial** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**2018 Ford F250 crew cab 8ft bed. 4x4 with a utility bed. 140,000 miles; Unsafe to operate**

Column A: **$27,000.00**    Column B: **$27,000.00**

**PO Box 9001951**
**Louisville, KY 40290-1954**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Altorfer Inc** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**Generator installed on job site**

Column A: **$31,368.50**    Column B: **Unknown**

**PO Box 1347**
**Cedar Rapids, IA 52406**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1919**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor   **J-Horn Electric, LLC**                                 Case number (if known) _____
   _____
   Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

| 2.3 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $705,283.76 | $47,632.57 |
|---|---|---|---|---|

Creditor's Name

**2 North 20TH Street, Suite 320**
**Birmingham, AL 35203**
Creditor's mailing address

**Blanket Lien against all assets**

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?

_____
Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**4/7/2022**

☐ No

**Last 4 digits of account number**
**8306**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | **$763,652.26** |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ally Financial Inc.**<br>**Ally Detroit Center**<br>**500 Woodward Ave**<br>**Detroit, MI 48226** | Line **2.1** | |
| **Department of the Treasury**<br>**Bureau of the Fiscal Service**<br>**PO Box 830794**<br>**Birmingham, AL 35283-0794** | Line **2.3** | |
| **Small Business Administration**<br>**Office of General Counsel**<br>**409 3rd Street SW**<br>**Washington, DC 20416** | Line **2.3** | |
| **Tucker, Albin & Associates, Inc.**<br>**1702 N. Collins Blvd, Suite 100**<br>**Richardson, TX 75080** | Line **2.2** | |

| Debtor | **J-Horn Electric, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **U.S. Small Business Administration**<br>**CESC – COVID EIDEL SERVICE CENTER**<br>**14925 Kingsport Rd.**<br>**Fort Worth, TX 76155** | Line __2.3__ |

| | |
|---|---|
| **U.S. Small Business Administration**<br>**2 North Street, Suite 320**<br>**Birmingham, AL 35203** | Line __2.3__ |

**Fill in this information to identify the case:**

Debtor name __**J-Horn Electric, LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Illinois Department of Revenue**<br>**P.O. Box 19035**<br>**Bankruptcy Unit**<br>**Springfield, IL 62794-9035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,323.38 | $3,323.38 |
| Date or dates debt was incurred<br>**9/30/2023** | Basis for the claim:<br>**Payroll Taxes** |  |  |
| Last 4 digits of account number **4819**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,713.92 | $16,713.92 |
| Date or dates debt was incurred<br>**9/30/2023** | Basis for the claim:<br>**Payroll Taxes** |  |  |
| Last 4 digits of account number **4819**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **J-Horn Electric, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,018.00 |
|---|---|---|---|

**Briggs & Stratton, LLC**
**12301 W. Wirth Street**
**Wauwatosa, WI 53222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **1974**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,835.17 |
|---|---|---|---|

**Capital One**
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,684.83 |
|---|---|---|---|

**CapSpecialty**
**1600 Aspen Commons, Suite 300**
**Middleton, WI 53562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/12/2023**

Basis for the claim:  **Surety Bond for Union Dues**

Last 4 digits of account number  **1096**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**City of Galesburg**
**55 W. Tompkins Street**
**Galesburg, IL 61402-1387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Fines**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,864.28 |
|---|---|---|---|

**Crescent Electric Supply Co.**
**7750 Dunleith Dr**
**East Dubuque, IL 61025-1357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,801.29 |
|---|---|---|---|

**Evapar, Inc.**
**3810 Concept Ct**
**Fort Wayne, IN 46808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/13/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $858.00 |
|---|---|---|---|

**F & W Lawn Care & Landscaping**
**2405 E Empire St**
**Bloomington, IL 61704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **J-Horn Electric, LLC**                                        Case number (if known) _____
      Name

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$169.95** |
|---|---|---|---|

**G & O Disposal**
**407 S Lilac St**
**Elmwood, IL 61529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,150.00** |
|---|---|---|---|

**Gordon, Stockman & Waugh, P.C.**
**8726 N. Industrial Road**
**Peoria, IL 61615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Accountants' Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,421.78** |
|---|---|---|---|

**Health Alliance Medical Plans**
**3310 Fields South Dr.**
**Champaign, IL 61822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Insurance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,000.00** |
|---|---|---|---|

**IBEW Local 176**
**1100 NE Frontage Rd**
**Joliet, IL 60431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Union Dues__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,000.00** |
|---|---|---|---|

**IBEW Local 197**
**2407 Beich Rd A**
**Bloomington, IL 61705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Union Dues__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29,000.00** |
|---|---|---|---|

**IBEW Local 34**
**4322 Ricketts Ave.**
**Peoria, IL 61607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Union Dues__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$181.44** |
|---|---|---|---|

**Interstate All Battery Center**
**12770 Merit Drive, Suite 400**
**Dallas, TX 75251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J-Horn Electric, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,634.31 |
|---|---|---|---|

**Johnson Controls**
**5757 N. Green Bay Ave.**
**Milwaukee, WI 53201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,987.04 |
|---|---|---|---|

**Jordan's Service Center LLC**
**202 W. Main St.**
**Elmwood, IL 61529**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,650.00 |
|---|---|---|---|

**Judith and Stephen Minner**
**3418 E Washington St**
**East Peoria, IL 61611**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Money Loaned**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $525.00 |
|---|---|---|---|

**K-COM Technologies**
**6301 S Washington St**
**Peoria, IL 61607**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,512.50 |
|---|---|---|---|

**Keith Engineering Design, Inc.**
**707 NE Jefferson St**
**Peoria, IL 61603**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,322.70 |
|---|---|---|---|

**Kirby Risk Electrical Supply**
**1815 Sagamore Parkway North**
**P.O. Box 5089**
**Lafayette, IN 47903**

Date(s) debt was incurred  **12/6/2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $415.00 |
|---|---|---|---|

**Lampe Publishing**
**115 W Main St**
**Elmwood, IL 61529**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **J-Horn Electric, LLC**                                             Case number (if known) _____
_____
Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,006.25 |
|---|---|---|---|

**Michelle Curtale**
**6305 N Kramm Rd**
**Brimfield, IL 61517-9430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money Loaned**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**Mid-America Underground, LLC**
**901 Ridgeway Ave**
**Aurora, IL 60506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Poly Generics Co**
**106 Skyline Dr**
**Creve Coeur, IL 61610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,524.28 |
|---|---|---|---|

**Seico Security, Inc.**
**132 Court St**
**Pekin, IL 61554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,230.25 |
|---|---|---|---|

**Sunbelt Rentals**
**6260 Joliet Rd**
**La Grange, IL 60525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **9155**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,278.00 |
|---|---|---|---|

**United Rentals**
**100 First Stamford Place**
**Ste 700**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,121.92 |
|---|---|---|---|

**Windish Transfer LLC**
**5610 N Townhouse Rd**
**Brimfield, IL 61517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **J-Horn Electric, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Briggs & Stratton, LLC**<br>**PO Box 771734**<br>**Chicago, IL 60677-1734** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Capital One**<br>**Po Box 30281**<br>**Salt Lake City, UT 84130** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Capital One**<br>**P.O. Box 6492**<br>**Carol Stream, IL 60197-6492** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Capital One**<br>**15000 Capital One Dr**<br>**Henrico, VA 23238** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Capital One Bank**<br>**4515 N Santa Fe Ave**<br>**Oklahoma City, OK** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **IBEW Local 176**<br>**1100 NE Frontage Rd**<br>**Joliet, IL 60431** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **IBEW Local 197**<br>**2407 Beich Rd A**<br>**Bloomington, IL 61705** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **IBEW Local 34**<br>**4322 Ricketts Ave.**<br>**Peoria, IL 61607** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Illinois Department of Revenue**<br>**Attn: Lien Unit**<br>**PO Box 19035**<br>**Springfield, IL 62794** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Internal Revenue Service**<br>**Mail Stop 5014CHI**<br>**230 S. Dearborn Street, Room 2600**<br>**Chicago, IL 60604** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **International Brotherhood**<br>**of Electrical Workers, Local 34**<br>**4322 Ricketts Ave**<br>**Bartonville, IL 61607** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Interstate All Battery Center**<br>**14221 Dallas Pkwy Suite 1000**<br>**Dallas, TX 75254** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |

Debtor    **J-Horn Electric, LLC**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.13 **Jomax LLC**<br>**d/b/a Jomax Recovery Services**<br>**9242 W Union Hills Dr. Suite 102**<br>**Peoria, AZ 85382** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 **Platt River Insurance Company**<br>**Attn: Claims Department**<br>**P.O. Box 5900**<br>**Madison, WI 53705-0900** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 **Rauch-Milliken International Inc**<br>**4400 Trenton St # A**<br>**Metairie, LA 70006** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 **Ruberto, Israel & Weiner, P.C.**<br>**255 State Street, 7th Floor**<br>**Boston, MA 02109** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 **Tucker, Albin & Associates, Inc.**<br>**1702 N. Collins Blvd, Suite 100**<br>**Richardson, TX 75080** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 20,037.30 |
| **5b. Total claims from Part 2** | 5b. + $ | 250,796.99 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 270,834.29 |

**Fill in this information to identify the case:**

Debtor name __**J-Horn Electric, LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

| Fill in this information to identify the case: |
|---|
| Debtor name    **J-Horn Electric, LLC** |
| United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS |
| Case number *(if known)* |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Megan  Curtale** | **15112 W Schlink Rd**<br>**Brimfield, IL 61517** | **Sunbelt Rentals** | ☐ D _____<br>■ E/F ___3.26___<br>☐ G _____ |
| 2.2 | **Spencer A. Curtale** | **15112 W Schlink Rd**<br>**Brimfield, IL 61517** | **Briggs & Stratton, LLC** | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.3 | **Spencer A. Curtale** | **15112 W Schlink Rd**<br>**Brimfield, IL 61517** | **U.S. Small Business Administration** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Spencer A. Curtale** | **15112 W Schlink Rd**<br>**Brimfield, IL 61517** | **Sunbelt Rentals** | ☐ D _____<br>■ E/F ___3.26___<br>☐ G _____ |
| 2.5 | **Spencer A. Curtale** | **15112 W Schlink Rd**<br>**Brimfield, IL 61517** | **Kirby Risk Electrical Supply** | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |

| Debtor | **J-Horn Electric, LLC** | | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Spencer A. Curtale | 15112 W Schlink Rd<br>Brimfield, IL 61517 | Crescent Electric Supply Co. | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.7 | Spencer A. Curtale | 15112 W Schlink Rd<br>Brimfield, IL 61517 | CapSpecialty | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.8 | Spencer A. Curtale | 15112 W Schlink Rd<br>Brimfield, IL 61517 | IBEW Local 176 | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.9 | Spencer A. Curtale | 15112 W Schlink Rd<br>Brimfield, IL 61517 | Internal Revenue Service | ☐ D _____<br>■ E/F __2.2__<br>☐ G _____ |
| 2.10 | Spencer A. Curtale | 15112 W Schlink Rd<br>Brimfield, IL 61517 | Ally Financial | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **J-Horn Electric, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$657,450.26** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$1,271,324.00** |
| **For the fiscal year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$1,361,016.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **J-Horn Electric, LLC** | Case number *(if known)* |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Internal Revenue Service** <br> **P.O. Box 7346** <br> **Philadelphia, PA 19101-7346** <br> **Principal as Co-Debtor** | **12/15/2023** | **$30,657.61** | **Payroll Taxes** |
| 4.2. **Crescent Electric Supply Co.** <br> **7750 Dunleith Dr** <br> **East Dubuque, IL 61025-1357** <br> **Principal as Co-Debtor** | **4/18/2023** | **$12,002.00** | **Payment on acount** |
| 4.3. **International Brotherhood** <br> **of Electrical Workers, Local 34** <br> **4322 Ricketts Ave** <br> **Bartonville, IL 61607** <br> **Principal as Co-Debtor** | **9/8/2023** | **$10,163.55** | **Payment on Union Dues** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ally Financial** <br> **PO Box 9001951** <br> **Louisville, KY 40290-1954** | **2020 Ford Transit 250 Cargo VanMedium Roof w/RWB Van 3D 50,000 miles** | **October 2023** | **$34,081.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Debtor | **J-Horn Electric, LLC** | | Case number *(if known)* | |
|--------|--------------------------|--|--------------------------|--|

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|--|------------------------------|-------------------------------------------|-------------|-------|
| 9.1. | **WBNH Radio**<br>**1919 Mayflower Dr.**<br>**Pekin, IL 61554** | **Donations** | **$900 paid on 5/8/2023** | **$1,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|-----------------------------------------------------------|----|---------------|------------------------|
| | | | |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|--|------------------------------------------------------|------------------------------------------------|-------|-----------------------|
| 11.1. | **Hiltz Zanzig & Heiligman LLC**<br>**53 West Jackson**<br>**Suite 1301**<br>**Chicago, IL 60604** | **Attorney Fees & Costs** | **$2,000 paid on 7/6/2023, $2,000 paid on 7/7/2023, and $2,000 paid on 7/10/2023** | **$6,000.00** |
| | Email or website address<br>**jhiltz@hzhlaw.com** | | | |
| | Who made the payment, if not debtor?<br>**Tony Curtale** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

---

Debtor    **J-Horn Electric, LLC**                                                    Case number *(if known)*

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **John Swarey** **3512 Ritter Rd** **Waterloo, NY 13165** | **2012 Ford F150 sold for $6,500** | **January 2023** | **$6,500.00** |
| | Relationship to debtor **None** | | | |
| 13.2. | **Schuck Heating, Cooling, and Electric** **2211 Washington Rd** **Washington, IL 61571** | **2009 Chevy Van sold for $4,500** | **May 2023** | **$4,500.00** |
| | Relationship to debtor **None** | | | |
| 13.3. | **Cort Baysinger** **Elmwood, IL** | **Inoperable 2001 Ford F150 sold for $300** | **April 2023** | **$300.00** |
| | Relationship to debtor **Employee** | | | |
| 13.4. | **Judith and Stephen Minner** **3418 E Washington St** **East Peoria, IL 61611** | **2020 cargo trailer model 7X16TA sold for $3,000** **\*Transfer independent of debt owed by Debtor to Recipient** | **7/21/2023** | **$3,000.00** |
| | Relationship to debtor **Creditor\*** | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **J-Horn Electric, LLC** _____    Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained.

_____

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First Mid Bank & Trust**<br>**P.O. Box 499**<br>**Mattoon, IL 61938** | **XXXX-1013** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **August 2023** | **$100.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

| Debtor | J-Horn Electric, LLC | Case number *(if known)* | |
|---|---|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

Debtor    **J-Horn Electric, LLC** _____    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Michelle Curtale**<br>**6305 North Kramm Road**<br>**Brimfield, IL 61517** | **2010-current** |
| 26a.2.    **Spencer A. Curtale**<br>**15112 W Schlink Rd**<br>**Brimfield, IL 61517** | **2010-current** |
| 26a.3.    **D'Andrea & Associates, Ltd.**<br>**53 W Jackson Blvd #260**<br>**Chicago, IL 60604** | **2020-current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **D'Andrea & Associates, Ltd.**<br>**53 W Jackson Blvd #260**<br>**Chicago, IL 60604** | |
| 26c.2.    **Spencer A. Curtale**<br>**15112 W Schlink Rd**<br>**Brimfield, IL 61517** | |
| 26c.3.    **Michelle Curtale**<br>**6305 North Kramm Road**<br>**Brimfield, IL 61517** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Morton Community Bank**<br>**721 W. Jackson Blvd**<br>**Morton, IL 61550** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Debtor    **J-Horn Electric, LLC** _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Spencer A. Curtale** | **15112 W Schlink Rd Brimfield, IL 61517** | **President / Owner** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Spencer A. Curtale 15112 W Schlink Rd Brimfield, IL 61517** | **$50,938.23** | **2023** | **Salary** |
| | **Relationship to debtor Owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **IBEW Local 34** | **EIN:** |
| **IBEW Local 197** | **EIN:** |
| **IBEW Local 176** | **EIN:** |

Debtor    **J-Horn Electric, LLC**                                                    Case number *(if known)*

---

**Part 14:**    Signature and Declaration

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 22, 2024**

**/s/ Spencer A. Curtale**                          **Spencer A. Curtale**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of Illinois

In re   **J-Horn Electric, LLC** _____   Case No. _____
                                                    Debtor(s)                    Chapter   **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept _____   $ _____ **6,000.00**

     Prior to the filing of this statement I have received _____   $ _____ **6,000.00**

     Balance Due _____   $ _____ **0.00**

2.   The source of the compensation paid to me was:

     ☐ Debtor     ■ Other (specify):   **Tony Curtale**

3.   The source of compensation to be paid to me is:

     ■ Debtor     ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
         reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
         522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**April 22, 2024** _____          **/s/ John F. Hiltz** _____
_Date_                                          **John F. Hiltz**
                                                _Signature of Attorney_
                                                **Hiltz Zanzig & Heiligman LLC**
                                                **53 West Jackson**
                                                **Suite 1301**
                                                **Chicago, IL 60604**

                                                **jhiltz@hzhlaw.com** _____
                                                _Name of law firm_

# United States Bankruptcy Court
## Central District of Illinois

In re   **J-Horn Electric, LLC**                     Case No. _____

                                       Debtor(s)          Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 22, 2024**                     **/s/ Spencer A. Curtale**

                                          **Spencer A. Curtale**/**Owner**
                                          Signer/Title

# United States Bankruptcy Court
## Central District of Illinois

In re    **J-Horn Electric, LLC**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **J-Horn Electric, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 22, 2024**

Date

**/s/ John F. Hiltz**

**John F. Hiltz**

Signature of Attorney or Litigant

Counsel for    **J-Horn Electric, LLC**

**Hiltz Zanzig & Heiligman LLC**
**53 West Jackson**
**Suite 1301**
**Chicago, IL 60604**

**jhiltz@hzhlaw.com**